In the Matter of the Claim of GUSTAV HEITZ, Respondent, *v.* JACOB RUPPERT et al., Appellants.

(Submitted May 22, 1916; decided May 30, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 218 N. Y. 148.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ORESTO SHILITANO, Appellant.

(Submitted May 22, 1916; decided May 30, 1916.)

Motion for re-argument denied. (See 218 N. Y. 161.)